UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 17-cv-20942-JEM

JANE ELIZABETH SNIDER-HANCOX,

    *Plaintiff,*

v.

NCL (BAHAMAS) LTD.,
a Bermuda Company d/b/a
NORWEGIAN CRUISE LINE,

    *Defendant.*

_____/

**NOTICE OF FILING JOINT PROPOSED JURY INSTRUCTIONS AND VERDICT FORM**

    Defendant, NCL (BAHAMAS), LTD, d/b/a NORWEGIAN CRUISE LINE by and through undersigned counsel, and pursuant to the applicable Federal and Local Rules of Civil Procedure and this Honorable Court's Order [D.E. 109], hereby files its Joint Proposed Jury Instructions and Verdict Form.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on December 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

BY:  /s/*Jonathan Hernandez*
Jonathan Hernandez, Esq.

## SERVICE LIST

David L. Perkins, Esq.
HOFFMAN, LARIN & AGNETTI, P.A.
909 N. Miami Beach Blvd., Suite 201
Miami, FL 33162
Telephone:    (305) 653-5555
Facsimile:    (305) 940-0090
pleadings@hlalaw.com
davidp@hlalaw.com
Attorneys for Plaintiff

John B. Agnetti, Esq.
HOFFMAN, LARIN & AGNETTI, P.A.
909 N. Miami Beach Blvd., Suite 201
Miami, FL 33162
Telephone:    (305) 653-5555
Facsimile:    (305) 940-0090
pleadings@hlalaw.com
john@hlalaw.com
Attorneys for Plaintiff

Geoffrey E. Probst, Esq.
gprobst@ncl.com
Norwegian Cruise Line
7665 Corporate Center Drive
Miami, FL 33126
Phone: 305-436-4377, Fax: 305-468-2132
Attorney for Defendant

Jeffrey E. Foreman, Esq.
jforeman@fflegal.com
Michael C. Gordon, Esq.
mgodron@fflegal.com
Jonathan Hernandez, Esq.
jhernandez@fflegal.com
Foreman Friedman, PA
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL  33131
Phone:  305-358-6555, Fax:  305-374-9077
Attorneys for Defendant
Geoffrey E. Probst, Esq.
gprobst@ncl.com
Norwegian Cruise Line
7665 Corporate Center Drive
Miami, FL 33126
Phone: 305-436-4377, Fax: 305-468-2132
Attorney for Defendant