UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**CASE NO. 17-20942-CIV-MARTINEZ-LOUIS**

JANE ELIZABETH SNIDER-HANCOX,

    Plaintiff,

vs.

NCL BAHAMAS LTD.,

    Defendant.

_____/

**ORDER SCHEDULING HEARING**

On March 28, 2019, at 9:00 a.m., the court will hold a hearing on all pending motions (except deposition designations) in Courtroom 10-1 of the United States Courthouse, 400 N. Miami Avenue, Miami, Florida.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of March, 2019.

                                              Adalberto Jordan
                                              United States District Judge
                                              Sitting by Designation

Copies provided to:
Magistrate Judge Louis
All Counsel of Record