UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JANE ELIZABETH SNIDER-HANCOX,
    Plaintiff,

v.

NCL (BAHAMAS) LTD., d/b/a
NORWEGIAN CRUISE LINES
    Defendant.
_____/

## **VERDICT FORM**

WE THE JURY find as follows:

1. Was Defendant NCL (BAHAMAS) LTD. negligent and was such negligence a legal cause of loss, injury, or damage to Plaintiff JANE ELIZABETH SNIDER-HANCOX?

    YES_____    NO ✓

**If you answer to Question 1 is "NO," this ends your deliberations and your verdict is for the Defendant. Your foreperson should sign and date the last page of this verdict form.**

**If your answer to Question 1 is "YES," please answer Question 2.**

2. Was there negligence on the part of Plaintiff JANE ELIZABETH SNIDER-HANCOX that was a legal cause of her loss, injury, or damage?

    YES_____    NO_____

**If you answered "YES" to Question 2, please answer question 3. If you answered "NO" to Question 2, please skip Question 3 and answer Questions 4 and 5.**

3. If you answered "YES" to Question 2, state the percentage of any negligence that you charge to:

Defendant, NCL (BAHAMAS) LTD..: _____%

Plaintiff, JANE ELIZABETH SNIDER-HANCOX: _____%

**TOTAL MUST EQUAL 100%**

**In determining the amount of damages, do not make any reduction because of the negligence, if any, of Jane Elizabeth Snider-Hancox. If you find that she was to any extent negligent, the Court in entering judgment will make an appropriate reduction in the damages awarded.**

**Please answer Questions 4 and 5.**

4. What sum of money do you find to be the total amount of Plaintiff JANE ELIZABETH SNIDER-HANCOX's damages?

   (a) What is the total amount of Plaintiff JANE ELIZABETH SNIDER-HANCOX's medical expenses incurred?

   $_____

   (b) What is the total amount of Plaintiff JANE ELIZABETH SNIDER-HANCOX's damages for pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation of a disease or physical defect, and loss of capacity for the enjoyment of life sustained and to be sustained in the future?

   $_____

**TOTAL COMPENSATORY DAMAGES OF THE PLAINTIFF JANE ELIZABETH SNIDER-HANCOX:** $_____
(Add Lines (4)(a) and (4)(b))

SO SAY WE ALL this 18th day of October, 2021.

_____
FOREPERSON

2