UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF FLORIDA
MIAMI DIVISION

JANE ELIZABETH SNIDER-HANCOX

CASE NO. 17-CV-20942-JEM

    Plaintiff,

vs.

NCL (BAHAMAS) LTD.,
a Bermuda Company d/b/a
NORWEGIAN CRUISE LINES,

    Defendant.
_____/

## DEFENDANT'S MOTION FOR ENTRY OF FINAL JUDGMENT

Defendant, NCL (BAHAMAS) LTD., a Bermuda Company d/b/a NORWEGIAN CRUISE LINES, ("Norwegian"), by and through undersigned counsel, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, hereby moves this Honorable Court for entry of an Order of Final Judgment in its favor, and in support thereof, states as follows:

    1. This is a maritime personal injury action brought by Plaintiff, JANE ELIZABETH SNIDER-HANCOX ("Plaintiff"), who alleges that she slipped and fell on an unidentifiable "sticky liquid" while walking near the Champs Bar on Deck 12 aboard the Norwegian *Sky*. [D.E. 1].

    2. On October 12, 2021, a jury trial in this case commenced, and ended on October 18, 2021, when a jury entered its verdict in favor of Norwegian. [D.E. 286].

    3. Therefore, pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, and the jury verdict entered in favor of Norwegian on October 18, 2021, Norwegian respectfully requests final judgment be entered in its favor and against Plaintiff as to all claims in Plaintiff's Complaint.

4. Moreover, Norwegian is renewing herein its request for entry of Final Judgment for attorneys' fees and costs in its favor and against Plaintiff in the amount of $53,557.26 related to Plaintiff's discovery abuses.

5. On December 3, 2018, Magistrate Judge Otazo-Reyes entered an Order granting in part Norwegian's Second Motion for Sanctions/Motion to Dismiss with Prejudice. [D.E. 146]. Pursuant to the Court's Order, Norwegian was awarded costs and attorneys' fees in preparing and filing the Emergency Motion for Continuance [D.E. 85], the First Emergency Motion to Compel [D.E. 83], the Motion for Reconsideration [D.E. 107] and the Second Emergency Motion to Compel [D.E. 111]. Norwegian was also awarded its costs and attorneys' fees in preparing for the trial that was scheduled to commence on October 9, 2018 (and which had to be continued due to Plaintiff's discovery abuses); and awarded all costs associated with utilizing the services of forensic expert Ryan Horton. [D.E. 146, p. 19].

6. Thereafter, on December 11, 2018, Magistrate Judge Otazo-Reyes entered an Order pursuant to Norwegian's Verified Statement of Reasonable Fees and Costs mandating the Plaintiff pay Norwegian's attorneys' fees and costs in the amount of $53,557.26, for discovery violations as outlined in the Court's December 3, 2018 Order. [D.E. 182].

7. On January 15, 2019, this Honorable Court entered an Order [D.E. 204] affirming and adopting Magistrate Judge Otazo-Reyes' December 3, 2018 Order [D.E. 146] that awarded attorneys' fees and costs to Norwegian.

8. Subsequently, on February 13, 2019, this Honorable Court entered an Order [D.E. 223] affirming and adopting Magistrate Judge Otazo-Reyes' December 11, 2018 Order [D.E. 182] that awarded attorneys' fees and costs to Norwegian in the amount of $53,557.26.

9. Even after multiple hearings and orders of the Court on the issue of sanctions, where it was established that Plaintiff not only committed discovery abuses but also made multiple misrepresentations to escape sanctions for these discovery abuses, Plaintiff refused to pay a single penny of the sanctions. Plaintiff has therefore created the need for the judgment by her own refusal to comply with the sanctions order.[1]

10. Therefore, on February 19, 2019, Norwegian was forced to file a Motion for Entry of Final Judgment [D.E. 226], requesting the entry of a Final Judgment in the amount of $53,557.26 against Plaintiff.

11. Thereafter, the Honorable Judge Jordan, who was sitting in for the Honorable Judge Martinez, denied Norwegian's request for entry of the Final Judgement in an Order dated May 22, 2019, stating that collection of the sanction award would be reserved until the end of the trial. [D.E. 245].

12. Over two (2) years later, a trial on this case commenced and ended when a jury verdict was entered in favor of Norwegian. [D.E. 286].

13. To date, Plaintiff has still not complied in whole or in part with the Order awarding sanctions, necessitating Norwegian to renew its request for entry of Final Judgment related to the sanctions award.

14. Rule 58(a) of the Federal Rules of Civil Procedure states that "[e]very judgment and amended judgment must be set out in a separate document . . . ." *See* Fed. R. Civ. P. 58(a) (emphasis added). Pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, "[a] party may request that judgment be set out in a separate document as required by Rule 58(a)." *See* Fed. R. Civ. P. 58(d); *Meier v. Green*, 2007 WL 3379695, at *1 (E.D. Mich. Nov. 14, 2007) (following

---

[1] Plaintiff delayed paying sanctions by citing "multiple appeals" of the Courts' orders, however this Court denied Plaintiff's appeals in Orders dated January 15, 2019 [D.E. 204] and February 13, 2019 [D.E. 223]

the award of attorneys' fees and costs to defendant the court entered a judgment on a separate document pursuant to Fed. R. Civ. P. 58(d)); *Rodriguez v. Marble Care, Int'l, Inc.,* 2012 WL 7761546, at *2 (S.D. Fla. Nov. 16, 2012), report and recommendation approved, 2013 WL 1110800 (S.D. Fla. Mar. 11, 2013) (same).

15. As the trial has ended, consistent with Judge Jordan's Order [D.E. 245], Norwegian is renewing its request for entry of a Final Judgment in the amount of $53,557.26 against Plaintiff.

16. A proposed Final Judgment on the jury's verdict and for the awarded sanctions in favor of Norwegian based on Plaintiff's discovery misconduct in the amount of $53,557.26 is attached hereto as Exhibit "A."

17. The attached proposed judgment does not include Norwegian's taxable costs which will be requested in a separate motion pursuant to the applicable Federal Rules of Civil Procedure and Local Rules.

WHEREFORE, NCL (BAHAMAS) LTD., a Bermuda Company d/b/a NORWEGIAN CRUISE LINES, respectfully requests the Court enter a final judgment in Norwegian's favor as to (1) all claims in Plaintiff's Complaint based on the jury's verdict and (2) attorney's fees and costs in the amount of $53,557.26 pursuant to the previous orders related to sanctions awarded against Plaintiff, and for any and all further relief this Court deems proper.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Undersigned counsel hereby certifies that counsel for the parties have conferred in a good faith effort to resolve the issues raised in NCL's motion and have been unable to do so.

Dated: October 27, 2021
      Miami, Florida

Respectfully submitted,

**FOREMAN FRIEDMAN, PA**

BY: */s/ Noah D. Silverman*
  **Jeffrey E. Foreman, Esq.**
  FL Bar No.: 0240310
  jforeman@fflegal.com
  **Michael C. Gordon, Esq.**
  FL Bar No.: 0149284
  mgordon@fflegal.com
  **Noah D. Silverman, Esq**.
  FL Bar No. 401277
  FOREMAN FRIEDMAN, P.A.
  One Biscayne Tower, Suite 2300
  South Biscayne Blvd
  Miami, FL 33131
  Phone: 305-358-6555
  Fax: 305-374-9077
  *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 27, 2021 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

BY:   /s/*Noah D. Silverman*
    Noah D. Silverman, Esq.

## SERVICE LIST

David L. Perkins, Esq.
HOFFMAN, LARIN & AGNETTI, P.A.
909 N. Miami Beach Blvd., Suite 201
Miami, FL 33162
Telephone:	(305) 653-5555
Facsimile:	(305) 940-0090
pleadings@hlalaw.com
davidp@hlalaw.com
Attorneys for Plaintiff

John B. Agnetti, Esq.
HOFFMAN, LARIN & AGNETTI, P.A.
909 N. Miami Beach Blvd., Suite 201
Miami, FL 33162
Telephone:	(305) 653-5555
Facsimile:	(305) 940-0090
pleadings@hlalaw.com
john@hlalaw.com
Attorneys for Plaintiff

Jeffrey E. Foreman, Esq.
jforeman@fflegal.com
Noah D. Silverman, Esq.
nsilverman@fflegal.com
Michael C. Gordon, Esq.
mgordon@fflegal.com
Cecile von Batemberg, Esq.
cvbatemberg@fflegal.com
Foreman Friedman, PA
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL  33131
Phone:  305-358-6555, Fax:  305-374-9077
Attorneys for Defendant