UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 17-cv-20942-MARTINEZ

JANE ELIZABETH SNIDER-HANCOX,
    Plaintiff,

v.

NCL (BAHAMAS) LTD., d/b/a
NORWEGIAN CRUISE LINES
    Defendant.
_____/

## FINAL ORDER ON SANCTIONS

THIS CAUSE came before the Court upon Defendant's Motion for Entry of Final Judgment (the "Motion for Final Order on Sanctions"), (ECF No. 292). For the reasons set forth herein, the Motion for Final Order on Sanctions is GRANTED. Final Judgment as to the Jury Verdict, (ECF No. 286), shall be entered by separate order.

Pertinent to the Motion for Final Order on Sanctions, on November 18, 2018, Defendant filed its Second Motion for Sanctions/Motion to Dismiss with Prejudice and Request for Expedited Briefing and Ruling (the "Second Motion for Sanctions"), (ECF No. 123). United States Magistrate Judge Otazo-Reyes held evidentiary hearings on the Second Motion for Sanctions on November 26 and 28, 2018, (ECF Nos. 133, 136). In a detailed order, Judge Otazo-Reyes granted the Second Motion for Sanctions in part and directed Defendant to file "a statement of its reasonable fees and costs incurred in: litigating the Emergency Motion for Continuance [D.E. 85}, the First Emergency Motion to Compel [D.E. 83], the Motion for Reconsideration [D.E. 107] and the Second Emergency Motion to Compel [D.E 111]; preparing for the trial that was scheduled to commence on October 9, 2018; and engaging Mr. Horton's services" (the "Order on Sanctions"),

(ECF No. 146, at 19), which Defendant filed on December 5, 2018, (Def.'s Notice of Filing Verified Statement of Reasonable Fees and Costs, ECF No. 151). Plaintiff appealed the Order on Sanctions ("Plaintiff's First Appeal"). (Pl.'s Appeal of Order (DE 146) of Magistrate Judge, ECF No. 186.) The Court denied Plaintiff's First Appeal and affirmed and adopted the Order on Sanctions. (Order on Pl.'s Appeal of Order, ECF No. 204.)

On December 11, 2018, Judge Otazo-Reyes entered an order reaffirming the Order on Sanctions (the "Amended Order on Sanctions"), (ECF No. 182). In the Amended Order on Sanctions, Judge Otazo-Reyes ordered that "Plaintiff shall pay Defendant **$47,095.75** in attorney's fees and **$6,461.51** in costs, for a total of **$53,557.26** as discovery sanctions pursuant to Rule 37(b) and the Court's inherent authority." (ECF No. 182, at 5.) Plaintiff appealed the Amened Order on Sanctions ("Plaintiff's Second Appeal"). (Appeal of Order (DE 182) of Magistrate Judge, ECF No. 187.) The Court denied Plaintiff's Second Appeal and affirmed and adopted the Amended Order on Sanctions. (Order on PL.'s Appeal of Magistrate Judge's Order, ECF No. 223).

Following the Court's adoption of the Amended Order on Sanctions, Defendant Moved for Entry of a Final Judgment, (ECF No. 226). United States Court of Appeals Judge Jordan, sitting by designation in this matter, denied Defendant's motion and exercised the Court's discretion to "reduce any hardship [on Ms. Snider-Hancox] by reserving until the end of the trial [the] decision[] . . . as [to] when to order collection [of the sanction]." (Order on Pending Mots., ECF No. 245, at 2 (alterations in original) (citing *Cunningham v. Hamilton Cnty.*, 527 U.S. 198, 210 (1999).)

Now, following the jury trial that took place in this matter from October 13, 2021, to October, 18, 2021, and the jury's verdict on October 18, 2021, in Defendant's favor, (Jury Verdict, ECF No. 286), Defendant filed its Motion for Final Order on Sanctions, (ECF No. 292), which

requests that the Court enforce the Amended Order on Sanctions, (ECF No. 182). Accordingly, having reviewed the record and otherwise being fully advised as to the premises, it is:

ORDERED AND ADJUDGED that:

1. The Motion for Final Order on Sanctions, (ECF No. 292), is GRANTED.

2. Pursuant to the Amended Order on Sanctions, (ECF No. 182), Plaintiff Jane Elizabeth Snider-Hancox SHALL pay Defendant NCL (Bahamas) LTD. **$47,095.75** in attorneys' fees and **$6,461.51** in costs, for a total amount of **$53,557.26** in sanctions, for which let execution issue, no later than **Friday, December 3, 2021**.

3. Final Judgment as to the Jury Verdict, (ECF No. 286), shall be entered by separate order.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of October, 2021.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record