UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 17-cv-20942-MARTINEZ

JANE ELIZABETH SNIDER-HANCOX,
    Plaintiff,

v.

NCL (BAHAMAS) LTD., d/b/a
NORWEGIAN CRUISE LINES
    Defendant.
_____/

# FINAL JUDGMENT

THIS CAUSE was tried before a jury from October 13, 2021, to October 18, 2021. On October 18, 2021, the jury returned a verdict in favor of Defendant NCL (Bahamas) LTD. and against Plaintiff Jane Elizabeth Snider-Hancox. On the basis of the Jury Verdict, (ECF No. 286), it is hereby:

ORDERED AND ADJUDGED that:

1.    This Case is CLOSED, and all pending motions are DENIED as MOOT. Plaintiff Jane Elizabeth Snider-Hancox shall take nothing by this action, and Defendant NCL (Bahamas) LTD. Shall go hence without day.

2.    The Court reserves jurisdiction to tax costs against Plaintiff, pursuant to the procedures set forth in Southern District of Florida Local Rule 7.3 and a bill of costs filed pursuant to 28 U.S.C. § 1920.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of October, 2021.

                                                        _____
                                                        JOSE E. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record