UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-CV-20942-JEM

JANE ELIZABETH SNIDER-HANCOX,

 *Plaintiff,*

vs.

NCL (BAHAMAS) LTD, a Bermuda Company
d/b/a NORWEGIAN CRUISE LINE,

 *Defendant*.

_____/

## JOINT STIPULATION FOR DISMISSAL

**Plaintiff**, JANE ELIZABETH SNIDER-HANCOX, and Defendant NCL (BAHAMAS) LTD, mutually stipulate and agree to the Dismissal with Prejudice of this action.

| | |
|---|---|
| HOFFMAN, LARIN &AGNETTI, P.A. | FOREMAN FRIEDMAN, P.A. |
| 909 n. Miami Beach Blvd. | One Biscayne Tower, Suite 2300 |
| Suite 201 | 2 South Biscayne Boulevard |
| Miami, FL. 33162 | Miami, FL. 33131 |
| Telephone:305 653 5555 | Telephone: 305-358-6555 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| BY: /s/*David L. Perkins* | BY: /s/ Noah Silverman |
| John B. Agnetti, Esq. | Noah Silverman, Esq. |
| Florida Bar No. 359841 | nsilverman@fflegal.com |
| David L. Perkins, Esq. | |
| Florida Bar No. 26411 | |
| Pleadings@hlalaw.com | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of April 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.



Respectfully Submitted,
909 North Miami Beach Blvd.
Suite 201
Miami, FL. 33162
(305) 653-5555 Telephone
(305) 940-0090 Facsimile
Pleadings@hlalaw.com
**/s/ *David L. Perkins, Esq.***
David L. Perkins, Esq.
Florida No. 264911